IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01516-RPM

NAMBE PUEBLO HOUSING ENTITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT(HUD),
SHAUN DONOVAN, Secretary of HUD,
SANDRA HENRIQUEZ, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, HUD's Office of Grants Management, National Office of Native American Programs,

    Defendants.
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon considering the defendants' and plaintiff's responses to the Order to Show Cause, entered June 23, 2011, it is

ORDERED that the Order to Show Cause is discharged and a scheduling conference for this case will be convened after the defendants file their answer and the administrative record, expected by August 12, 2011.

DATED: July 22nd, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge