**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-1516-RPM

NAMBE PUEBLO HOUSING ENTITY,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
SHAUN DONOVAN, Secretary of HUD,
SANDRA HENRIQUEZ, Assistant Secretary for Public and Indian Housing,
DEBORAH LALANCETTE, Director, HUD's Office of Grants Management, National Office of Native American Programs,

Defendants.

_____

**ORDER**
_____

For sufficient cause shown, the Court grants Defendants' Motion to Allow for Presentation of Evidence by Declaration (Dkt. No. 35). The Court shall receive the following as evidence in consideration of Plaintiff's Motion for a Preliminary Injunction:

- The affidavits of Christine Brock attached to Plaintiff's Motion for a Preliminary Injunction and Reply, including an attached exhibit (Dkt. Nos. 17-1 and 29-3); and

- The declarations of Deborah A. Lalancette, Robert Holden, and Jacqueline Kruszek, including an attached exhibit, attached to Defendant's Response to Plaintiff's Motion for a Preliminary Injunction

(Dkt. No. 18-1 and 18-2) or attached to the Motion to Allow for

Presentation of Evidence by Declaration (Dkt. No. 35-1).

BY THE COURT:

s/Richard P. Matsch

Dated: January 20, 2012                    _____

Richard P. Matsch
United States Senior District Judge