# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                     January 24, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 11-cv-01516-RPM

NAMBE PUEBLO HOUSING ENTITY,                                    Joseph Fredericks, III

      Plaintiff,

v.

UNITED STATES DEPARTMENT                                        Timothy B, Jafek
OF HOUSING AND URBAN DEVELOPMENT(HUD),
SHAUN DONOVAN, Secretary of HUD,
SANDRA HENRIQUEZ, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE,
Director, HUD's Office of Grants Management,
National Office of Native American Programs,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Preliminary Injunction**

**10:00 a.m.      Court in session.**

Defendants' representative Perrin N. Wright present.

Court's preliminary remarks.

Counsel answer questions.
Mr. Fredericks states plaintiff is seeking preliminary injunction for the years 2011 and 2012 through 2015 (monetary repayment / withholding, disbursement to Nambe Pueblo - money set aside).

Argument by Mr. Fredericks.

**ORDERED:    Plaintiff's Motion for Preliminary Injunction [17], is denied.**

Mr. Jafek answers questions asked by the Court regarding scheduling.

Counsel agree to try to expedite briefing.

**10:22 a.m.     Court in recess.**     Hearing concluded. Total time: 22 min.