# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1516-RPM

NAMBE PUEBLO HOUSING ENTITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
SHAUN DONOVAN, Secretary of HUD,
SANDRA B. HENRIQUEZ, Assistant Secretary for Public and Indian Housing,
GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs,

    Defendants.

---

## ORDER
---

For sufficient cause shown, the Court grants Defendants' Unopposed Motion to Accept Late-Filed Brief. Dkt. No. 58. The Court accepts as timely filed Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record. Dkt. No. 57.

Dated: July 8th, 2013

                                                        BY THE COURT

                                                        s/Richard P. Matsch

                                                        _____

                                                        Richard P. Matsch, Senior Judge