# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01516-RPM

NAMBE PUEBLO HOUSING ENTITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), Shaun Donovan, Secretary of HUD, Sandra Henriquez, Assistant Secretary for Public and Indian Housing, and Glenda Green, Director, HUD's Office of Grants Management, National Office of Native American Programs,

    Defendants.

## ORDER

The Court, having reviewed the Unopposed Motion by Plaintiff For Leave to File a Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

Accordingly, IT IS ORDERED, that the Plaintiff shall file its Reply Brief on or before September 3, 2013.

Dated: August 1, 2013

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge